**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ANDRE MAURICE DANSBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  2:03-CV-669-LSC-PWG |
| | ) |
| DOCTOR DELONG, NURSE JET, | ) |
| NURSE AUTHOR and NAPHCARE, INC, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

This is a civil action pursuant to 42 U.S.C. § 1983 filed by the plaintiff, Andre Maurice Dansby. In his *pro se* complaint, plaintiff names as defendants NaphCare, Inc., Dr. James DeLong, Nurse Rain Jett, and Nurse Barbara Arthur. Plaintiff claims defendants were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment of the United States Constitution. As compensation for the alleged constitutional violations, plaintiff seeks monetary and injunctive relief. Defendants filed motions for summary judgment.

On February 14, 2005, the magistrate judge entered a report and recommendation, recommending that defendants' motions for summary judgment be granted. Plaintiff filed objections to the report and recommendation on March 8, 2005.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, and the objections thereto, the court is of the

opinion that the magistrate judge's findings of fact and conclusions of law are due to be and are hereby ADOPTED and his recommendation is ACCEPTED.

Accordingly, the court EXPRESSLY FINDS that there are no genuine issues of material fact showing that defendants NaphCare, Inc., Dr. James DeLong, Nurse Rain Jett, and Nurse Barbara Arthur were deliberately indifferent to plaintiff's serious medical needs in violation of the Eighth Amendment to the United States Constitution. Therefore, the motions for summary judgment filed by said defendants are due to be granted as a matter of law.

An appropriate order will be entered.

Done this 9th day of March 2005.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
105854
